IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANE L. WAGES, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 05-3337-CV-S-REL-SSA |
| | ) | |
| JO ANNE BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

___  **Jury Verdict(s).**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict(s).

_X_  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    That the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. Section 405(g), and this case is remanded for the reasons outlined in the defendant's motion and summarized in the court order entered March 6, 2006.

                                             P. L. Brune, Clerk

                                             /s/ Sue Anderson-Porter

Date: March 7, 2006                        By Sue Anderson-Porter
                                                 Deputy Clerk