# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

_____

**JUDGMENT IN A CIVIL CASE**

SHANE L. WAGES,

    Plaintiff

**V.**                           Case No.  05-3337-CV-S-REL-SSA

JO ANNE B. BARNHART,

    Defendant

☐    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED**

    that plaintiff's motion for fees in the amount of $2,910.38  pursuant to the Equal Access to Justice Act is granted.   The fees should be made payable to the Law Offices of Daniel A. Parmele.

Entered on: April 24, 2006

                                                                   P. L. BRUNE
                                                                   CLERK OF COURT

                                                          */s/ Bonnie J. Rowland*
                                                          (By) Deputy Clerk